UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Brenda G. Watson,<br>　　　　Debtor. | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER<br>14-17186/MDC |
| Carrington Mortgage Services, LLC as servicer for Bank of America, N.A.,<br>　　　　Movant,<br>v.<br><br>Brenda G. Watson,<br>　　　Respondent/Debtor,<br><br><br>William C. Miller<br>　　　Additional Respondent. | |

## **PRAECIPE**

To The Clerk, United States Bankruptcy Court:

　　Kindly withdraw, without prejudice, Movant, Carrington Mortgage Services, LLC as servicer for Bank of America, N.A.'s Notice of Mortgage Payment Change filed with the Court on September 7, 2015.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


Dated:　July 11, 2018　　　　　　　　　　　BY: /s/ Kevin S. Frankel
　　　　　　　　　　　　　　　　　　　　　Kevin S. Frankel, Esquire
　　　　　　　　　　　　　　　　　　　　　Shapiro & DeNardo, LLC
　　　　　　　　　　　　　　　　　　　　　3600 Horizon Drive, Suite 150
　　　　　　　　　　　　　　　　　　　　　King of Prussia, PA 19406
　　　　　　　　　　　　　　　　　　　　　(610)278-6800/ fax (847) 954-4809
S&D File #:16-054695　　　　　　　　　　　PA BAR ID #318323
　　　　　　　　　　　　　　　　　　　　　pabk@logs.com