United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                  Case No. 14-17186-mdc
Brenda G. Watson                                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2       User: TashaD            Page 1 of 3            Date Rcvd: May 19, 2020
                           Form ID: 138NEW         Total Noticed: 63

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 21, 2020.
```
db          +Brenda G. Watson,   852 E. Rittenhouse Street,    Philadelphia, PA 19138-1706
13382426    +BBY/CBNA,   50 NORTHWEST POINT ROAD,    ELK GROVE VILLAGE, IL 60007-1032
13382425    +Bank of America,    ATTN: CORRESPONDENCE UNIT/CA6-919-02-41,    PO BOX 5170,
              SIMI VALLEY, CA 93062-5170
13400597    +Bank of America, N.A.,    c/o KML Law Group, P.C.,    701 Market Street, Suite 5000,
              Philadelphia, PA 19106-1541
13382427     BoseCorporation,   The Mountain,    Framingham, MA 01701
13382432   ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court: Citibank Usa,     CITICORP CREDIT SERVICES/ATTN:CENTRALIZE,
              PO BOX 20507,    KANSAS CITY, MO 64195)
13382433    +CITIFINANCIAL,   605 MUNN ROAD,    FORT MILL, SC 29715-8421
13382430    +Caremark Inc.,    PO Box 846036,   Dallas, TX 75284-6036
13650166    +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
13456313    +Citibank, N.A.,   701 East 60th Street North,    Sioux Falls, SD 57104-0493
13382437    +Complete Collection Service,    4833 N. Dixie Hwy.,    Fort Lauderdale, FL 33334-3928
13382438    +Complete Collection Service,    11601 Roosevelt Blvd N TA09,    Saint Petersburg, FL 33716-2202
13382442    +DSNB MACYS,   9111 DUKE BLVD,    MASON, OH 45040-8999
13382443    +EAGLE 1 CU,   1000 TINICUM ISLAND RD,    PHILADELPHIA, PA 19153-9703
13382445    +EAGLE ONE FCU,    1000 TINICUM ISLAND RD,    PHILADELPHIA, PA 19153-9703
13382444    +EAGLE ONE FCU,    PO BOX 33345,   PHILADELPHIA, PA 19142-0545
13471119    +Eagle One Federal Credit Union,    7500 Lindbergh Blvd.,    Philadelphia, PA 19176-7601
13382447    +FIRST PREMIER BANK,    601 S MINNESOTA AVE,    SIOUX FALLS, SD 57104-4868
13382457     PA Dept. of Labor & Industry,    Office of UC Benefits,    651 Boas Street,
              Harrisburg, PA 17121-0750
13382460    +PGW,   800 W. Montgomery Avenue,    Philadelphia, PA 19122-2806
13382462    +PHILADELPHIA FED CR UN,    12800 TOWNSEND RD,    PHILADELPHIA, PA 19154-1095
13382463    +POLICE AND FIRE FCU,    901 ARCH STREET,    PHILADELPHIA, PA 19107-2495
13382459     Pennsylvania Department of Revenue,    P.O. Box 280846,    Bureau of Compliance,
              Harrisburg, PA 17128-0846
13382461     Phila Letter Carriers FCU,    900 Market Street,    Room 101,   Philadelphia, PA 19107-4229
13393049    +Philadelphia Federal Credit Union,    12800 Townsend Road,    Philadelphia, PA 19154-1095
13382464    +Rshk/cbsd,   ATTN.: CITI CENTRALIZED BANKRUPTCY,    PO BOX 20363,    KANSAS CITY, MO 64195-0363
13382465    +Slomin's Inc.,    125 Lauman Lane,   Hicksville, NY 11801-6539
13382466    +Surgical Orthopedic Associates,    2004 Sproul Road,    Broomall, PA 19008-3588
13382470    +TROUVAILLFCU,    4343 KELLY DRIVE,   PHILADELPHIA, PA 19129-1759
13382469    +Theresa Grahman,    3636 N. Smedley Street,    Philadelphia, PA 19140-4032
13382473    +WFFINANCE,   800 WALNUT ST,    DES MOINES, IA 50309-3504
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: megan.harper@phila.gov May 20 2020 03:42:56     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 20 2020 03:42:34
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 20 2020 03:42:48      U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13513290    +E-mail/Text: bncmail@w-legal.com May 20 2020 03:42:44       ALTAIR OH XIII, LLC,
              C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13382428    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 20 2020 03:45:45      CAP ONE,
              PO BOX 30253,    SALT LAKE CITY, UT 84130-0253
13466425     E-mail/Text: megan.harper@phila.gov May 20 2020 03:42:56     City of Philadelphia,
              Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
              Philadelphia, PA  19102-1595
13382434     E-mail/Text: megan.harper@phila.gov May 20 2020 03:42:56     City of Philadelphia,
              Law Dept. Tax Unit,   One Parkway Bldg. - Bankruptcy Group,     1515 Arch Street, 15th Floor,
              Philadelphia, PA  19102-1595
13382435    +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 20 2020 03:42:25      COMENITY BANK/ANNIESEZ,
              PO BOX 182789,    COLUMBUS, OH 43218-2789
13382429    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 20 2020 03:45:01      Capital 1 Bank,
              ATTN: GENERAL CORRESPONDENCE,    PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
13382436    +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 20 2020 03:42:25      Comenity Bank/Mandees,
              PO BOX 182686,    COLUMBUS, OH 43218-2686
13382439    +E-mail/Text: tuscolsup@fisglobal.com May 20 2020 03:43:03
              Complete Payment Recovery Services, Inc.,    3500 5th Street,    Northport, AL 35476-4723
13382440    +E-mail/PDF: creditonebknotifications@resurgent.com May 20 2020 03:45:22      Credit One Bank,
              PO BOX 98873,    LAS VEGAS, NV 89193-8873
13382446     E-mail/Text: tropiann@einstein.edu May 20 2020 03:42:29     Einstein Healthcare Network,
              101 E. Olney Ave., Suite 301,    Philadelphia, PA 19120-2470
13382448    +E-mail/PDF: gecsedi@recoverycorp.com May 20 2020 03:45:45     GECRB / HH Gregg,
              ATTENTION: BANKRUPTCY,    PO BOX 103104,   ROSWELL, GA 30076-9104
13382449    +E-mail/PDF: gecsedi@recoverycorp.com May 20 2020 03:44:59     GECRB/Lowes,
              ATTENTION: BANKRUPTCY DEPARTMENT,    PO BOX 103104,    ROSWELL, GA 30076-9104
```

```
District/off: 0313-2           User: TashaD                Page 2 of 3                  Date Rcvd: May 19, 2020
                               Form ID: 138NEW             Total Noticed: 63
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
13382450        +E-mail/PDF: gecsedi@recoverycorp.com May 20 2020 03:45:43      Gemb/walmart,    ATTN: BANKRUPTCY,
                 PO BOX 103104,    ROSWELL, GA 30076-9104
13382441         E-mail/Text: sbse.cio.bnc.mail@irs.gov May 20 2020 03:42:22      Department of the Treasury,
                 Internal Revenue Service,    Cincinnati, OH 45999-0030
13382431         E-mail/PDF: ais.chase.ebn@americaninfosource.com May 20 2020 03:45:44       CHASE - CC,
                 P.O. BOX 15298,    WILMINGTON, DE 19850
13382452        +E-mail/Text: key_bankruptcy_ebnc@keybank.com May 20 2020 03:42:44      KEYBANK NA,
                 PO BOX 94825,    CLEVELAND, OH 44101-4825
13506226        +E-mail/Text: cdicicco@myphillybankruptcylawyer.com May 20 2020 03:42:19
                 Law Offices of Christian A. DiCicco,    2008 Chestnut Street,   Philadelphia, PA 19103-4535
13382453        +E-mail/Text: bankruptcy@sccompanies.com May 20 2020 03:43:09      Montgomery Ward,   PO Box 2843,
                 Monroe, WI 53566-8043
13415657        +E-mail/Text: bankruptcy@sccompanies.com May 20 2020 03:43:09      Montgomery Ward,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,   Dallas, TX 75380-0849
13382454        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 20 2020 03:42:26       Newport News,
                 PO BOX 182125,    COLUMBUS, OH 43218-2125
13382456        +E-mail/PDF: cbp@onemainfinancial.com May 20 2020 03:45:45      ONEMAIN FI,    PO BOX 499,
                 HANOVER, MD 21076-0499
13382455        +E-mail/PDF: cbp@onemainfinancial.com May 20 2020 03:45:20      One Main Financial,   PO Box 6043,
                 Attn: Bankruptcy Dept.,    Sioux Falls, SD 57117-6043
13382458        +E-mail/Text: bankruptcygroup@peco-energy.com May 20 2020 03:42:24       PECO,
                 2301 Market Street, N3-1,    Philadelphia, PA 19103-1380
13442950         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 20 2020 10:20:43
                 Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
13782090         E-mail/Text: bnc-quantum@quantum3group.com May 20 2020 03:42:28
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
13382467        +E-mail/PDF: gecsedi@recoverycorp.com May 20 2020 03:44:59      SYNCB/ARMSTRONG,    PO BOX 981439,
                 EL PASO, TX 79998-1439
13382468        +E-mail/PDF: gecsedi@recoverycorp.com May 20 2020 03:45:43      SYNCB/MODELLS,    PO BOX 965005,
                 ORLANDO, FL 32896-5005
13382471        +E-mail/Text: bnc-bluestem@quantum3group.com May 20 2020 03:43:04      WEBBANK/FINGERHUT,
                 6250 RIDGEWOOD ROA,    SAINT CLOUD, MN 56303-0820
13382472         E-mail/Text: bk@fftlaw.com May 20 2020 03:42:19      Weinstock, Friedman & Friedman, PA,
                 4 Reservoir Circle,    Baltimore, MD 21208-7301
                                                                                              TOTAL: 32

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +Carrington Mortgage Services, LLC,    1600 South Douglass Road,   Anaheim, CA 92806-5951
cr*              Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
13397676*       ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                 (address filed with court:   IRS,   PO BOX 21126,    PHILA PA 19114)
13382451*        Internal Revenue Service,    P.O. Box 7346,   Philadelphia, PA 19101-7346
                                                                                              TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 19, 2020 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor   BANK OF AMERICA, N.A. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              CHRISTIAN A. DICICCO    on behalf of Debtor Brenda G. Watson cdicicco@myphillybankruptcylawyer.com,
               christianadicicco@gmail.com;r57075@notify.bestcase.com
              JASON BRETT SCHWARTZ    on behalf of Creditor   Philadelphia Federal Credit Union
               jschwartz@mesterschwartz.com

```
District/off: 0313-2          User: TashaD               Page 3 of 3                  Date Rcvd: May 19, 2020
                              Form ID: 138NEW            Total Noticed: 63


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              KEVIN S. FRANKEL     on behalf of Creditor    Carrington Mortgage Services, LLC pa-bk@logs.com
              THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Brenda G. Watson
      Debtor(s)

Bankruptcy No: 14–17186–mdc
Chapter: 13

---

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☐   2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑   3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                    For The Court
                    Timothy B. McGrath
                    Clerk of Court

Dated: 5/19/20

                    39 – 38
                    Form 138_new