United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Brenda G. Watson  
     Debtor

Case No. 14-17186-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2　　User: TashaD　　Page 1 of 1　　Date Rcvd: Jun 08, 2020  
　　　　　　　　　　　Form ID: 195　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2020.  
db　　　　+Brenda G. Watson,　852 E. Rittenhouse Street,　Philadelphia, PA 19138-1706

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2020　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2020 at the address(es) listed below:  
　　　　ANDREW F GORNALL　　on behalf of Creditor　　BANK OF AMERICA, N.A. agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
　　　　CHRISTIAN A. DICICCO　　on behalf of Debtor Brenda G. Watson cdicicco@myphillybankruptcylawyer.com, christianadicicco@gmail.com;r57075@notify.bestcase.com  
　　　　JASON BRETT SCHWARTZ　　on behalf of Creditor　　Philadelphia Federal Credit Union jschwartz@mesterschwartz.com  
　　　　KEVIN S. FRANKEL　　on behalf of Creditor　　Carrington Mortgage Services, LLC pa-bk@logs.com  
　　　　THOMAS I. PULEO　　on behalf of Creditor　　BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
　　　　United States Trustee　　USTPRegion03.PH.ECF@usdoj.gov  
　　　　WILLIAM C. MILLER, Esq.　　on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com  
　　　　WILLIAM C. MILLER, Esq.　　ecfemails@ph13trustee.com, philaecf@gmail.com  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                 : Chapter 13

Brenda G. Watson                                         : Case No. 14–17186–mdc
      Debtor(s)

### ORDER
_____

AND NOW, this day , June 8, 2020 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Magdeline D. Coleman
Chief Judge , United States Bankruptcy Court

43
Form 195